IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:95-CR-149-1H

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| HARMON JONES, | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion to defer payment of his fine until after his release from the Bureau of Prisons (BOP).

During incarceration, repayment of fines is governed by the BOP's Inmate Financial Responsibility Program (IFRP), a voluntary program designed to assist inmates in meeting their financial responsibilities. See BOP Program Statement 5380.07, <u>Inmate Financial Responsibility Program</u>.

While participation in the IFRP is voluntary, refusing to participate in the program results in the denial of certain expressly defined privileges. For example, inmates who refuse to participate in the program are not ordinarily eligible for

1

furloughs, are limited to maintenance pay, are restricted from placement in UNICOR (the BOP's industries program), are limited in their monthly commissary spending limits, are quartered in the lowest housing unit status, etc. Id.

This court has no authority to intervene in the BOP's Inmate Financial Responsibility Program. Therefore, defendant's motion [DE #294] is DENIED.

This 3rd day of May 2011.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26