# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

v.                          Crim. No. 5:95-CR-149-6H

**HARMON JONES**

On March 5, 2013, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/ Mindy L. Threlkeld  
> Mindy L. Threlkeld  
> Senior U.S. Probation Officer  
> 150 Rowan Street Suite 110  
> Fayetteville, NC 28301  
> Phone: 910-354-2539  
> Executed On: December 5, 2017

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this 5th day of December 2017.

_____  
Malcolm J. Howard  
Senior U.S. District Judge